PROB 12C
(6/16)

Report Date:  October 25, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 26, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Enrique Salazar | | Case Number: 0980 2:11CR06007-FVS-1 | |
| Address of Offender: | | Los Angeles, California 90044 | |

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U.S. District Judge

Date of Original Sentence: July 15, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation , 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison 41 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 30, 2013 | |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: December 29, 2016 | |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: On October 25, 2016, Mr. Salazar was contacted by California Highway Patrol during a traffic stop.  Officer Cheever identified Mr. Salazar as a passenger in the vehicle.  According to United States Immigration and Customs Enforcement, Mr. Salazar was deported to Mexico on or about December 30, 2013, through the port of San Ysidro, California.  He did not obtain permission to reenter the United States after being removed. Although it is unknown at this time when he reentered the United States, Mr. Salazar has failed to report to the probation office as required. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
**Re: Salazar, Enrique**
**October 25, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/25/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle* (signature)

Signature of Judicial Officer

October 26, 2016

Date